# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zipps, Jennifer G. | United States District Court, District of Arizona | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

405 W. Congress, Ste 3180
Tucson, AZ 85701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/11-12/11 | Arizona State Retirement System Annuity | $14,158.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Accounts) | A | Interest | M | T | | | | | |
| 2. Princess Jennifer LLC (LLC owns shopping ctr in NM) | | None | K | R | | | | | |
| 3. Metropolitan Life money market | D | Interest | O | T | | | | | |
| 4. Bank of America (Accounts) | A | Interest | L | T | | | | | |
| 5. Fidelity Emerging Euro Mid East Africa mutual fund | A | Dividend | J | T | | | | | |
| 6. Fidelity Int'l Discovery mutual fund | A | Dividend | L | T | Sold (part) | 12/27/11 | K | A | |
| 7. Fidelity Intern'tl Small cap mutual fund | A | Dividend | | | Sold | 10/31/11 | K | A | |
| 8. Fidelity China Region mutual fund | A | Dividend | J | T | Sold (part) | 12/27/11 | J | C | |
| 9. Fidelity Emerging Markets mutual fund | A | Dividend | L | T | Sold (part) | 12/27/11 | J | D | |
| 10. Fidelity Stock Selector Small Cap mutual fund | A | Dividend | K | T | | | | | |
| 11. Fidelity Capital Appreciation mutual fund | A | Dividend | L | T | | | | | |
| 12. Fidelity Mega Cap Stock fund mutual fund | A | Dividend | | | Sold | 10/31/11 | K | A | |
| 13. Fidelity Growth Co. mutual fund | B | Dividend | L | T | Buy (add'l) | 12/27/11 | K | | |
| 14. Fidelity Select Energy mutual fund | A | Dividend | K | T | | | | | |
| 15. Fidelity Value Strategies mutual fund | A | Dividend | | | Sold | 10/31/11 | K | A | |
| 16. Fidelity AZ Municipal money market fund (checking acct) | A | Dividend | J | T | | | | | |
| 17. Traveler's Insurance, common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Arizona Municipal Income Fund | D | Dividend | M | T | | | | | |
| 19. Fidelity Spartan 500 Index Fund | A | Dividend | M | T | Buy | 10/17/11 | L | | |
| 20. Fidelity Spartan 500 Index Fund | A | Dividend | K | T | Buy (add'l) | 12/27/11 | K | | |
| 21. Northwestern Mutual IRA | A | Dividend | N | T | | | | | |
| 22. -Allianz NFJ Dividend Value Fund | | | | | Buy | 09/26/11 | K | | |
| 23. -Columbia Acorn International Fund | | | | | Sold (part) | 07/20/11 | J | A | |
| 24. -Credit Suisse Commodity Return | | | | | Sold (part) | 07/20/11 | J | A | |
| 25. -Credit Suisse Commodity Return | | | | | Sold (part) | 9/26/11 | J | A | |
| 26. -DWS Dreman Small Cap Value Fund | | | | | Sold (part) | 07/20/11 | J | A | |
| 27. -DWS Dreman Small Cap Value Fund | | | | | Buy (add'l) | 09/26/11 | J | | |
| 28. -Davis NY Venture Class A | | | | | Sold (part) | 07/28/11 | J | A | |
| 29. -Davis NY Venture Class A | | | | | Sold | 09/26/11 | K | A | |
| 30. -Delaware Emerging Markets Fund Class A | | | | | Buy (add'l) | 09/26/11 | J | | |
| 31. -Dodge & Cox Income Fund | | | | | Sold (part) | 09/26/11 | J | A | |
| 32. -Eagle Capital Appreciation Trust | | | | | Sold (part) | 07/20/11 | J | A | |
| 33. -Eagle Capital Appreciation Trust | | | | | Sold | 09/26/11 | K | A | |
| 34. -Eagle Small Cap Growth Fund Class A | | | | | Sold (part) | 07/20/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Advisor Mid Cap II Fund | | | | | Sold (part) | 07/20/11 | J | A | |
| 36. -Fidelity Advisor New Insights Fund Class | | | | | Sold (part) | 07/20/11 | J | A | |
| 37. -Fidelity Advisor New Insights Fund Class | | | | | Buy (add'l) | 09/26/11 | K | | |
| 38. -Harbor Bond Fund Institutional Class | | | | | Sold (part) | 09/26/11 | J | A | |
| 39. -The Oakmark International Fund | | | | | Sold (part) | 09/26/11 | J | A | |
| 40. -The Oakmark International Small Cap Fund | | | | | Sold (part) | 07/20/11 | J | A | |
| 41. -The Oakmark International Small Cap Fund | | | | | Sold (part) | 09/26/11 | J | A | |
| 42. -Perkins Mid Cap Value Fund | | | | | Sold (part) | 07/20/11 | J | A | |
| 43. -Loomis Sayles Bond Fund Retail | | | | | Sold (part) | 09/26/11 | K | A | |
| 44. -MFS Value Fund Class W | | | | | Sold (part) | 07/20/11 | J | A | |
| 45. -MFS Value Fund Class W | | | | | Sold (part) | 07/20/11 | J | A | |
| 46. -MFS International Growth Fund Class W | | | | | Buy | 03/11/11 | K | | |
| 47. -MFS International Growth Fund Class W | | | | | Sold (part) | 07/20/11 | J | A | |
| 48. -MFS International Growth Fund Class W | | | | | Buy (add'l) | 09/26/11 | J | | |
| 49. -MFS High-Yield Opportunities Fund | | | | | Sold (part) | 09/26/11 | J | A | |
| 50. -Mainstay Icap Select Equity Fund | | | | | Sold (part) | 07/20/11 | J | A | |
| 51. -Mainstay Icap Select Equity Fund | | | | | Sold (part) | 09/26/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Marisco International Opportunities Fund | | | | | Sold (part) | 3/11/11 | K | B | |
| 53.   -T Rowe Price Emerging Markets | | | | | Buy (add'l) | 09/26/11 | K | | |
| 54.   -T Rowe Price Real Estate | | | | | Sold (part) | 07/20/11 | J | A | |
| 55.   -Scout International Fund | | | | | Buy (add'l) | 09/26/11 | J | | |
| 56.   -NW Mutual General NW Money Mkt Fund Class B | | | | | | | | | |
| 57.   Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 58.   Mass Mutual Variable Life Policy | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Value for LLC listed on line 2 is the cost of the interest in the LLC when obtained just prior to the purchase of the shopping center in August, 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer G. Zipps**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544